1068

[No. 26723-3-II. Division Two. March 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY MAXISON MATLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00477-3, Richard L. Brosey, J., entered December 6, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 26767-5-II. Division Two. March 22, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERY ANTONIO WILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01207-3, Stephanie A. Arend, J., entered December 8, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 26989-9-II. Division Two. March 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA RAUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-8-00322-6, David R. Draper, J., and Tracy Mitchell, J. Pro Tem., entered January 31, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 27026-9-II. Division Two. March 22, 2002.]

*In the Matter of the Detention of* R.B., *Appellant,* THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-6-00062-4, Mary E. Dicke, J. Pro Tem., entered January 31, 2001. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.